1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JEFFERY BROADWAY,

11          Plaintiff,                    No. CIV S-06-1482 MCE KJM P

12      vs.

13  T. FELKNER, et al.,

14          Defendants.

15  _____/           ORDER

16          Plaintiff is a state prisoner proceeding pro se.  On February 6, 2007, this court

17  found service appropriate for four defendants named in plaintiff's complaint and directed the

18  Clerk of the Court to send him the necessary paperwork for service of summons and complaint.

19          On February 2, 2007, plaintiff filed a second amended complaint; however, on

20  February 16, 2007, he filed a request to "void" the second amended complaint and proceed with

21  the first amended complaint.  Since then, he has sent several letters inquiring as to whether the

22  court has received the completed documents for service and on April 18, 2007, filed a request for

23  the court to reissue the necessary documents.  Because the court has not received his initial

24  packet of materials, this is appropriate.

25          The first amended complaint states a cognizable claim for relief pursuant to 42

26  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff

1

1  has a reasonable opportunity to prevail on the merits of this action.

2          In accordance with the above, IT IS HEREBY ORDERED that:

3          1. The second amended complaint filed February 9, 2007 is disregarded.

4          2. Plaintiff's April 18, 2007 request that the court reissue the documents for
5  service is granted.

6          3. Service is appropriate for the following defendants: Townsend, Dangler, Sisto,
7  and Barnes insofar as the complaint alleges they violated plaintiff's Eighth Amendment rights.

8          4. The Clerk of the Court shall send plaintiff four USM-285 forms, one
9  summons, an instruction sheet and a copy of the first amended complaint filed August 14, 2006.

10         5. Within thirty days from the date of this order, plaintiff shall complete the
11 attached Notice of Submission of Documents and submit the following documents to the court:

12         a. The completed Notice of Submission of Documents;

13         b. One completed summons;

14         c. One completed USM-285 form for each defendant listed in number 3
15         above; and

16         d. Five copies of the endorsed first amended complaint filed August 14,
17         2006.

18         6. Plaintiff need not attempt service on defendants and need not request waiver of
19 service. Upon receipt of the above-described documents, the court will direct the United States
20 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
21 without payment of costs.

22 DATED: September 19, 2007.

24 U.S. MAGISTRATE JUDGE

26 2
broa1482.1x2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY BROADWAY,

     Plaintiff,                              No. CIV S-06-1482 MCE KJM P

    vs.

T. FELKNER, et al.,                      NOTICE OF SUBMISSION

     Defendants.                      OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           _____    completed summons form

           _____    completed USM-285 forms

           _____    copies of the _____
                                      Complaint/Amended Complaint

DATED:

                                           _____
                                           Plaintiff