IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY BROADWAY,

        Plaintiff,                        No. CIV S-06-1482 MCE KJM P

    vs.

T. FELKNER, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Plaintiff has also requested that a default judgment be entered because defendants did not file their answer within twenty days of the date of service. Court records reflect that the U.S. Marshal sent waivers of service to defendants Townsend and Dangler on November 2,

1

2007. See Docket No. 35. Their answer was filed on December 20, 2007, within the sixty days allowed by Fed. R. Civ. P. 4 (d)(3). Plaintiff has not submitted anything showing when, or if, defendants Sisto and Barnes have been served.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 19, 2007 motion for the appointment of counsel is denied; and

2. Plaintiff's December 12, 2007 request for the entry of default is denied.

DATED: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

2/ke
broa1482.31