IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFFREY BROADWAY,**<br><br>Plaintiff,<br><br>v.<br><br>**T. FELKER, et al.,**<br><br>Defendants. | Case No.: 2:06-cv-01482-MCE-KJM<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS SISTO AND BARNES TO FILE PRETRIAL MOTIONS** |

  Defendants Sisto and Barnes move this Court ex parte, under Local Rule 6-144, for an extension to file pretrial motions, including but not limited to a motion for summary judgment, until 60 days following the order on their motion to dismiss. Good cause appearing,

  IT IS ORDERED that Defendants' application (docket no. 60) is granted. Defendants Sisto and Barnes shall file all pretrial motions, including a motion for summary judgment, within sixty days of the order on their motion to dismiss.

  IT IS SO ORDERED.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE