IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BROADWAY,

    Plaintiff,               No. CIV S-06-1482 MCE KJM P

    vs.

T. FELKER, et al.,

    Defendants.        ORDER

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 20, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations (docket no. 66) and a "notice" (docket no. 68), supported by declarations, describing additional incidents which, he alleges, support his request for injunctive relief.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.

1

1  Having carefully reviewed the entire file, including the latest filing (docket no. 68), the court finds
2  the findings and recommendations to be supported by the record and by proper analysis.
3      Accordingly, IT IS HEREBY ORDERED that:
4      1.  The findings and recommendations filed May 20, 2008, are adopted in full; and
5      2.  Plaintiff's February 13, 2008 and April 14, 2008 requests for injunctive relief are
6  denied.

Dated: June 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE