IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BROADWAY,

      Plaintiff,                      No. CIV S-06-1482 MCE KJM P

   vs.

T. FELKNER, et al.,               ORDER AND

      Defendants.           FINDINGS AND RECOMMENDATIONS

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' June 6, 2008 motion for summary judgment.

      Plaintiff has also requested an order directing authorities at High Desert State Prison to return his legal materials, which were taken when he was placed in administrative segregation, and to give him access to the law library. He contends that he has asked for the return of his legal materials and for law library access, but that there has been no response to his request.

      Plaintiff has not made a sufficient showing of irreparable injury for this court to act on his request. Nothing in his moving papers suggests that the restrictions will be permanent.

/////

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (docket no. 69) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' June 6, 2008 motion for summary judgment. Defendants' reply, if any, shall be filed seven days thereafter.

IT IS HEREBY RECOMMENDED that plaintiff's request for access to the law library and for return of his legal materials (docket no. 69) be denied without prejudice.

DATED: June 26, 2008.

U.S. MAGISTRATE JUDGE

2/mp
broa1482.36