IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BROADWAY,

    Plaintiff,               No. CIV S-06-1482 MCE KJM P

    vs.

T. FELKNER, et al.,

    Defendants.          ORDER

_____/

On January 14, 2008, the Magistrate Judge issued an order denying plaintiff's motion for appointment of counsel. On July 3, 2008, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of January 14, 2008 is therefore untimely.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (docket no. 72) is denied.

Dated: August 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE