IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BROADWAY,

    Plaintiff,                    No. CIV S-06-1482 MCE KJM P

    vs.

T. FELKNER, et al.,

    Defendants.            <u>ORDER</u>

                               /

        On June 19, 2008, the Magistrate Judge issued an order denying plaintiff's requests for injunctive relief. On July 23, 2008, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of June 19, 2008 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's request for reconsideration (docket no. 74) is denied.

Dated: August 4, 2008

                                                 MORRISON C. ENGLAND, JR.
                                                 UNITED STATES DISTRICT JUDGE