1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEFFREY BROADWAY,

11               Plaintiff,                   No. CIV S-06-1482 MCE KJM P

12         vs.

13   T. FELKNER, et al.,

14               Defendants.              ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking

17   relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On June 27, 2008, the magistrate judge filed findings and recommendations herein

20   which were served on all parties.  Neither party has filed objections to the findings and

21   recommendations.

22              The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

1

1          1.  The findings and recommendations filed June 27, 2008, are adopted in full; and

2          2.  Plaintiff's request for access to the law library and for return of his legal

3   materials is denied without prejudice.

4   Dated:  September 10, 2008

5

6                                                    _____
                                                     MORRISON C. ENGLAND, JR.
7                                                    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26