IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JEFFREY BROADWAY,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**T. FELKER, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:06-cv-01482-MCE-KJM<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE PRETRIAL STATEMENT** |

　　　Defendants and Plaintiff have sought extensions of time to file their pretrial statements.

　　　Good cause appearing, IT IS ORDERED:

　　　1. Plaintiff's motion for an extension of time in which to file a pretrial statement (docket no. 84) is granted;

　　　2. Defendant's motion for an extension of time in which to file a pretrial statement (docket no. 86) is granted;

　　　3. The dates for filing pretrial statement, pretrial conference, and trial are vacated in light of the pending motion for summary judgment; and

　　　4. New dates will be established, if necessary, after the resolution of the pending dispositive motion.

DATED: September 19, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

1