IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY BROADWAY,

      Plaintiff,             No. CIV S-06-1482 MCE KJM P

   vs.

T. FELKER, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On April 2, 2009, plaintiff filed his third motion for the appointment of counsel. Plaintiff's previous motions were filed on July 3, 2006 and December 19, 2007. All motions were denied. In light of those orders, and the court' determination that there has been no material changes in the relevant factors, IT IS HEREBY ORDERED that plaintiff's April 2, 2009 motion for appointment of counsel (Docket No. 112) is denied.

DATED: May 18, 2009.

                                      U.S. MAGISTRATE JUDGE

/mp
broa1482.31thr