IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFERY BROADWAY,

    Plaintiff,                       No. CIV 06-1482 MCE KJM

   vs.

T. FELKER, et al.,

    Defendants,              <u>REFERRAL TO MEDIATION</u>

         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This matter is presently before the undersigned for pretrial proceedings. However, the parties have agreed to participate in the Prison Mediation Program for the Eastern District of California. Good cause appearing, plaintiff's stipulation for referral to mediation will be approved.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Plaintiff's April 3, 2009, stipulation for referral to mediation is approved. This matter is referred for mediation with Magistrate Judge Craig Kellison on June 2, 2009, at High Desert State Prison. Attorneys for defendants shall appear with full settlement authority.

         2. Within thirty days from the settlement conference, Judge Kellison shall file a report indicating the outcome of the proceedings.

DATED: May 20, 2009.

U.S. MAGISTRATE JUDGE