IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BROADWAY,

        Plaintiff,                No. CIV S-06-1482 MCE KJM P

    vs.

T. FELKER, et al.,

        Defendants.        <u>ORDER</u>

                              /

        All parties have stipulated that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

DATED: June 19, 2009.

                                                  U.S. MAGISTRATE JUDGE

2
broa1482.59c