IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY BROADWAY,

    Plaintiff,                    No. CIV S-06-1482 MCE CMK (TEMP) P

    vs.

T. FELKER, et al.,

    Defendants.                ORDER

/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action. On June 19, 2009, this case was dismissed with prejudice on the parties' stipulation following settlement.

        On November 15, 2010, the court adopted the magistrate judge's recommendation that plaintiff's requests for enforcement of the settlement agreement be denied for lack of jurisdiction.

        Plaintiff has now filed a "Petition For Writ of Execution For Payment of Money Judgment" under Rule 69 of the Federal Rules of Civil Procedure. Because there was no money judgment in this case, Rule 69 does not apply. Adams v. City of Marshall, 2007 WL 3102099 at 2 (W.D. Mich. 2007).

/////

/////

1

IT IS THEREFORE ORDERED that plaintiff's petition for a writ of execution (doc. no. 126) be denied.

DATED: January 13, 2011

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

hm
broa1482.ord